IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BRIAN BURTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 5:13-cv-00919-MHH** |
| | ) | **LEAD CASE** |
| **MAPCO EXPRESS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BROOKE DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 5:13-cv-01133-MHH** |
| | ) | **CONSOLIDATED** |
| **MAPCO EXPRESS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **IAN YEAGER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 5:13-cv-01141-MHH** |

| | |
|---|---|
| **MAPCO EXPRESS, INC.,** | )       **CONSOLIDATED** |
| | ) |
|     **Defendant.** | ) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHNNY JAMES,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )       **Case No.: 5:14-cv-00756-MHH** |
| | )             **CONSOLIDATED** |
| **MAPCO EXPRESS, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **KRISTA GUINN, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **v.** | )       **Case No.: 5:14-cv-00806-MHH** |
| | )             **CONSOLIDATED** |
| **MAPCO EXPRESS, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

# ORDER

All of the plaintiffs in this consolidated action have filed motions to voluntarily dismiss their claims or notices of voluntary dismissal. (*See* Docs. 46, 47 in Case No. 5:13-cv-919; Docs. 33, 34, 35 in Case No. 5:13-1133; Docs. 28, 29 in Case No. 5:13-cv-1141; Docs. 37, 38, 39 in Case No. 5:14-cv-756; Docs. 40, 41, 42 in Case No. 5:14-cv-806).

The Court **DISMISSES WITHOUT PREJUDICE** all of the plaintiffs' claims against the defendants. The Court **DIRECTS** the Clerk to please close the lead case and all associated cases.

**DONE** and **ORDERED** this October 1, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE